# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DALE E. FREDERICKS, an individual, | Case No.: 3:23-cv-00039-LRH-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION AND ORDER TO EXTEND PENDING MOTION DEADLINES** |
| v. | |
| RICHARD D. LEE and THOMAS L. KIRKHAM, JR., individuals | **(FIRST REQUEST)** |
| Defendants. | |
| _____/ | |

Plaintiff, DALE E. FREDRICKS and defendants RICHARD D. LEE and THOMAS L. KIRKHAM, JR., for good cause, stipulate to extend the upcoming deadlines for the following motions by ten (10) days, each.

Specifically, on February 10, 2023, Plaintiff filed a Motion to Disqualify Morgan, Lewis & Bockius LLP ("Morgan Lewis"). (#14). On February 24, 2023, Defendants filed an opposition. The Reply is currently due on March 3, 2023. Subject to Court approval, the parties stipulate and agree that good cause exists for the Reply to be filed on or before March 13, 2023.

On February 27, 2023, Plaintiff filed a Motion to Remand. (#25). The Opposition is currently

1

due on March 13, 2023. Subject to Court approval, the parties stipulate and agree that good cause exists to extend the date the Opposition is due to March 23, 2023.

IT IS SO STIPULATED.

| Dated: March 2, 2023 | Dated: March 2, 2023 |
|---|---|
| GUNDERSON LAW FIRM | FENNEMORE CRAIG, P.C. |
| By: */s/ Catherine A. Reichenberg* <br> Mark H. Gunderson, Esq. <br> Nevada State Bar No. 2134 <br> Catherine A. Reichenberg, Esq. <br> Nevada State Bar No. 10362 <br> 3895 Warren Way <br> Reno, NV 89509 <br> *Attorneys for Plaintiff Dale E. Fredericks* | By: */s/ Leslie Bryan Hart* <br> Leslie Bryan Hart, Bar No. 4932 <br> 7800 Rancharrah Parkway <br> Reno, NV 89511 <br> Tel:  +1.775.788.2228 <br> Fax:  +1.775.788.2229 <br> lhart@fennemorelaw.com <br> *Attorneys for Defendants Richard D. Lee and Thomas L. Kirkham, Jr.* |

Dated: March 2, 2023

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Nicholas B. Pfeiffer*
Michael D. Weil (*pro hac pending*)
Robert H. O'Leary (*pro hac pending*)
Nicholas B. Pfeiffer (*pro hac pending*)
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:  +1.415.442.1000
Fax:  +1.415.442.1001
michael.weil@morganlewis.com
bob.oleary@morganlewis.com
cole.pfeiffer@morganlewis.com
*Attorneys for Defendants Richard D. Lee and Thomas L. Kirkham, Jr.*

**ORDER**

IT IS SO ORDERED.

DATED this 3rd day of March, 2023

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2